FILED / ENTERED ☑  RECEIVED / SERVED
COUNSEL/PARTIES OF RECORD

APR 18 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:13-CR-0115-JCM-GWF |
| v. ) | |
| ) | |
| KATHRYN KARCHER, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On April 18, 2013, defendant KATHRYN KARCHER pled guilty to a One-Count Criminal Information charging her in Count One with Conspiracy to Commit Bank and Wire Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349 and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $29,000 set forth in the Forfeiture Allegations in the Criminal Information and agreed to in the Plea Agreement. Criminal Information.

This Court finds that KATHRYN KARCHER shall pay a criminal forfeiture money judgment of $29,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KATHRYN KARCHER a criminal forfeiture money judgment in the amount of $29,000 in United States Currency.

DATED this 18th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE